**Order entered February 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01618-CV

### HENRY S. MILLER BROKERAGE, LLC, Appellant

### V.

### RUTH MAE SANDERS, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14901**

## ORDER

Before the Court is appellant's January 29, 2015 unopposed motion for an extension of time to file a brief requesting an extension until February 2, 2015. As of today's date, appellant's brief has not been tendered to this Court. Accordingly, we **DENY** appellant's motion. On the Court's own motion, we **ORDER** appellant to file a brief in this accelerated appeal by **FEBRUARY 11, 2015**.

/s/     ELIZABETH LANG-MIERS
        JUSTICE